**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

BARBARA ANN SHAVEL,

    Plaintiff,

v.

CONDOTTI SHOPS USA, INC., and
IRWIN E. TAUBER,

    Defendants.
_____/

CASE NO. 97-3115-CIV-DAVIS
Magistrate Judge Johnson

FILED by _____ D.C.
AUG 31 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

THIS MATTER is before the Court on the Mediation Report (filed August 4, 1998) which states that this case has been completely settled. Accordingly, it is

ORDERED AND ADJUDGED that this case is DISMISSED with prejudice. The case is CLOSED and all pending motions not otherwise ruled upon are DENIED AS MOOT. The Court retains jurisdiction over this matter to enforce the settlement agreement. Each party shall bear its own costs and fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of Aug., 1998.

_____
EDWARD B. DAVIS
CHIEF UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Johnson

Keith Grumer
Grumer & Levin, P.A.
One East Broward Blvd., Suite 1705
Ft. Lauderdale FL 33301

Frank Scruggs
Greenberg Traurig
515 E. Las Olas Blvd., Suite 1500
Ft. Lauderdale FL 33301